RECEIVED
12/19/2022
DEBORAH S. HUNT, Clerk

In the Federal Court of Appeals
For the 6th Circuit Court
In Cincinnati, Ohio

Rodney Riddle

-v-

United States Trustee

Case No. 20-3901

Motion for an Extension of Time to File my Reply to Trustee "Doc #73-Response"

Now comes Rodney Riddle (Pro Se) I motion this court for an "Extension of Time" to file my Reply, to the United States Trustee's Response (Doc #73) filed on 10-17-2022, until 1/6/2023.

I am still dealing with my displacement issues. But, also, I have misplaced (Doc #73), to even, attach it to any motion that, I have to file, or simply make a copy. The (Doc #73), I need to get another copy of it sent to me from my case manager. Because I don't have a "PACER" account.

Respectfully Submitted
x [signature] 12/17/2022
Rodney Riddle
11440 Gideon Ln
Cint, OH 45249
513-371-9747

1.

CERTIFICATE OF SERVICE (1 OF 3)

I certify a copy of this motion is sent VIA (FAX, EMAIL, U.S. MAIL) TO "CREDITOR'S MATRIX" ON 12/17/2022

X _____ 12/17/2022
RODNEY RIDDLE
11440 GIDEON LN
CINCINNATI, OH 45249
513-321-9747

2.

*Certificate of Service* (2/3)

## CREDITORS MATRIX

Americanway Providential Trust
2701 Alexandria wy #151
Highland Heights, Ky 41076

Hamilton County Treasurer
138 E. Court St. #402
Cincinnati, Ohio 45202

Wells Fargo Bank
P.O. Box 165028
Columbus Ohio 43216

Hamilton County Sheriff
1000 Sycamore St
Cincinnati, Ohio 45202
Attn: Sheriff C. McGuffey

Hamilton County Sheriff
1000 Sycamore St.
Cincinnati, Ohio 45202
Attn: Sgt. Rick Snow

Bankruptcy Trustee
600 Vine St #2200
Cincinnati, Ohio 45202
513-621-4488
Attn: Margret Burks

US Trustee Office
550 Main St. Suite 4-812
Cincinnati, Ohio 45202
513-684-6988

United States Trustee Office, Region 9
201 Superior Ave, Suite 441
Cleveland Ohio 44114
Attn: Amy L. Good

Prodigy Properties
5254 Ridge Rd
Cincinnati, OH 45213



## CERTIFICATE OF SERVICE
### Creditor's matrix "continued"

(3/3)

U S Trustee Office
550 Main St. Suite 4-812
Cincinnati, Ohio 45202
513-684-6988
Attn: Mark Greenberger

U.S. Court of Appeals
100 E. Fifth Street. Rm 504
Cincinnati, Ohio 45202

Mark Greenberger
7750 Montgomery Rd. Rm 205
Cincinnati, Ohio 45236

Hamilton County Court of Common Pleas
1000 Main St. Rm 410
Cincinnati, Ohio 45202
Attn: Judge Megan Shanahan

Hamilton County Court of Common Pleas
1000 Main St. Rm 410
Cincinnati, Ohio 45202

Carpenter Lipps and Leland llp
280 Plaza #1300
280 N. High St.
Columbus, Ohio 43215

Beyke LLC
8561 Mason-Montgomery Rd Suite #28
Mason Ohio 45040

Rodney T Riddle
11440 Gideon Ln
Cincinnati, Ohio 45249
513-247-0833
513-371-9747


(4)